UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00348-SVW-2 |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ **FINAL ORDER OF FORFEITURE AS TO ONE 2019 MERCEDES-BENZ AMG GT63 S WITH VEHICLE IDENTIFICATION NUMBER WDD7X8KB0KA006620** |
| v. | |
| JUAN CARLOS ESPARZA, | |
| Defendant. | |

On July 30, 2025, the Court entered a Preliminary Order of Forfeiture ("POF") forfeiting all right, title, and the interest of defendant Juan Carlos Esparza in certain property, including one 2019 Mercedes-Benz AMG GT63 S, Vehicle Identification Number WDD7X8KB0KA006620, (the "Forfeited Property").

In compliance with the POF, the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of the forfeiture of the specific property listed in the POF and the intent of the United States to dispose of the specific property in accordance with the law and as specified in the POF, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to
///

1 adjudicate the validity of their alleged respective legal interests
2 in the Forfeited Property.
3     In addition, the United States provided notice, where
4 practicable, to all persons believed to have an alleged interest in
5 the Forfeited Property.  No third party petitions were filed in this
6 action.
7     The Court finds that defendant Juan Carlos Esparza had an
8 interest in the Forfeited Property that is subject to forfeiture
9 pursuant to Fed. R. Crim. P. 32.2(c)(2).
10    The government has recognized the only other person or entity
11 with a secured interest in the Forfeited Property, that is, TD Bank,
12 N.A. ("TD Bank") who holds a perfected security interest as to the
13 Forfeited Property pursuant to an assignment from a Retail Sales
14 Installment Contract between TD Bank and Juan Esparza dated February
15 19, 2022.
16    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
17    1.  all right, title and interest to the Forfeited Property,
18 including all right, title and interest of Juan Carlos Esparza, in
19 the Forfeited Property, is hereby condemned, forfeited and vested in
20 the United States of America, which shall have clear title to the
21 Forfeited Property.
22    2.  Title having vested in the United States of America, the
23 government shall dispose of the Forfeited Property in the manner
24 required by law.  Upon disposition of the Forfeited Property, the
25 proceeds of the sale of the Forfeited Property shall be distributed
26 in the following priority:
27 ///
28 ///

a. First, to the United States for its actual and reasonable costs and expenses, including the cost of seizure, forfeiture, storage and sale;

b. Second, to TD Bank N.A. in a sum to satisfy the full indebtedness under the Retail Sales Agreement Contract dated February 19, 2022, including all principal and unpaid interest due, plus any fees, and costs, including, but not limited to reasonable attorney's fees made in accordance with the terms of the Retail Sales Installment Contract; and

c. Third, the balance to the United States, which sum shall be and hereby is forfeited to the United States of America and no other right, title or interest shall exist therein. The Government shall dispose of the funds in accordance with law.

**IT IS SO ORDERED.**

DATED: November 14, 2025

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE